# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ELIZABETH ORANGE, :

    Plaintiff, :

vs. : CA 10-0564-C

MICHAEL J. ASTRUE, :
Commissioner of Social Security,
     :
    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $525.57 under the Equal Access to Justice Act, representing compensation for three (3) hours of service by Colin E. Kemmerly, Esquire, at the cost-of-living-adjusted rate of $175.19 an hour.

**DONE** this the 1st day of July, 2011.

        s/WILLIAM E. CASSADY
        **UNITED STATES MAGISTRATE JUDGE**